DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**BOBBY AKIEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-4469

[August 13, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra K. McSorley, Judge; L.T. Case No. 502006CF012797A.

Bobby Aiken, Malone, Pro Se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Laura Fisher, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM

*Affirmed. See Schwenn v. State*, 898 So. 2d 1130 (Fla. 4th DCA 2005).

TAYLOR, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***